YESKOO HOGAN & TAMLYN, LLP
Attorneys for Plaintiffs
Global Commodities Group, LLC and
James Besch
909 Third Avenue, 28th Floor
New York, New York 10022
908-464-8300
yeskoo@yeskoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

Global Commodities Group, LLC and
James Besch,

                                  Plaintiff,

           -against-

National Union Fire Insurance Company of
Pittsburgh, PA,

                               Defendant.

----------------------------------------------------------------------X

             : No. 1:13-cv-2062(SAS)(HP)

## JURY TRIAL DEMAND

Plaintiffs demand a trial by jury of all issues so triable.

Dated: April 26, 2013

YESKOO HOGAN & TAMLYN, LLP
Attorneys for Plaintiffs
909 Third Avenue, 28th Floor
New York, New York 10022

By: _____
        Richard C. Yeskoo