IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Global Commodities Group, LLC and James Besch<br><br>*Plaintiffs,*<br><br>- against -<br><br>National Union Fire Insurance Company of Pittsburgh, PA<br><br>*Defendant.* | Case No. 1:13-cv-2063 (SAS) (HBP) |

DATE FILED: 5/13/13

## DEFENDANT NATIONAL UNION'S NOTICE OF MOTION TO SEAL CERTAIN DEFENSE EXHIBITS FILED ON APRIL 24, 2013

PLEASE TAKE NOTICE that Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") will move this Court pursuant to Federal Rule of Civil Procedure 5.2 for an unopposed order:

(1) sealing Defense Exhibits 7, 8, 9, 10, and 11, as filed on April 24, 2013 [D.E. 16-7 – 16-11];

(2) permitting National Union to file Defense Exhibits 7, 8, 9, 10, and 11, redacted in accordance with Federal Rule of Civil Procedure 5.2; and

(3) permitting National Union to file the remaining Defense Exhibits and Index accompanying this Motion to Seal Certain Defense Exhibits Filed on April 24, 2013.

National Union bases its motion on this Notice of Motion, the accompanying Declaration of Joseph R. Profaizer in Support of Defendant National Union's Motion to Seal Certain Defense

1

Exhibits Filed on April 24, 2013, the accompanying Defense Exhibits and Index, and any further oral and/or written evidence as may be presented at, or before, a hearing on this matter. Plaintiffs do not oppose this motion.

Dated: May 9, 2013                                         Respectfully submitted,

*[signature]*

Joseph R. Profaizer
Rosanna M. Neil
Michael Anderson
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1860 (Phone)
(202) 551-1705 (Fax)
joeprofaizer@paulhastings.com
rosannaneil@paulhastings.com
michaelanderson@paulhastings.com

Kurt W. Hansson
PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
(202) 312-6627 (Phone)
(202) 230-7843 (Fax)
kurthansson@paulhastings.com

*Counsel for Defendant National Union*

LEGAL_US_E # 104045457