UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GLOBAL COMMODITIES GROUP, LLC,

          Plaintiff,

- against -

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

          Defendant.
------------------------------------------------------X

**ORDER**

13 Civ. 2063 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Defendant's Motion to Seal Certain Defense Exhibits is hereby granted. The Clerk of the Court is directed to close this motion (Docket Entry # 21).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             May 14, 2013