YESKOO HOGAN & TAMLYN, LLP
Attorneys for Plaintiffs
Global Commodities Group, LLC and
James Besch
909 Third Avenue, 28th Floor
New York, New York 10022
908-464-8300
yeskoo@yeskoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                      : No. 1:13-cv-2063(SAS)(HP)

Global Commodities Group, LLC and   :
James Besch,                                    :
                                                                 :
                       Plaintiffs,    :
                                                                 :
      -against-                               :
                                                                 :
National Union Fire Insurance Company of  :
Pittsburgh, PA,                            :
                                                                 :
                       Defendant.    :
-----------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**

      PLEASE TAKE NOTICE that plaintiffs voluntarily dismiss this action pursuant to Rule 41(a)(1)(A).  Defendant has not filed an answer to the complaint (Docket #2) or a motion for summary judgment so it may voluntarily dismiss this action without prejudice as of right.

Dated:  September 30, 2013                     Yeskoo Hogan & Tamlyn, LLP
                                                            Counsel for Plaintiffs

                                                             ___s/_____
                                                             By: Richard C. Yeskoo