UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GLOBAL COMMODITIES GROUP, LLC
AND JAMES BESCH,

            Plaintiffs,

- against -

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

           Defendant.
------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

13 Civ. 2063

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. The Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            October 1, 2013

## - Appearances -

**For Plaintiffs:**

Richard C. Yeskoo, Esq.
Yeskoo, Hogan & Tamlyn LLP
909 Third Avenue, 28th Floor
New York, NY 10022
(212) 983-0900

**For Defendant:**

Michael Anderson, Esq.
Rosanna M. Neil, Esq.
Joseph R. Profaizer, Esq.
Paul Hastings LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1860